**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00445-CR

### MCKNIGHT, DONALD ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30048-86**

## ORDER

We **GRANT** the State's June 4, 2013 motion to extend time to file the State's brief. The brief received by the Court on June 4, 2013 is **ORDERED** timely filed as of the date of this order.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE